## SEGHERS vs. HIS CREDITORS.

APPEAL from the court of the first district.

PORTER, J. delivered the opinion of the court. Desbois, one of the syndics of this estate, having become insolvent since his appointment, some of the creditors applied to the district court to call a meeting of the creditors to fill the vacancy, which it was alleged his failure had created. The syndics filed opposition to this, and the court, after argument, having rendered a decree that a meeting should take place for this purpose, they appealed.

We are of opinion the court did not err, and

A syndic who becomes insolvent, may be removed and another appointed in his stead.

East'n District. *that the creditors of an insolvent have a right*
July, 1823. to change syndics, who are but their mandata-

SEGHERS ries, in case they make a cession of their goods.
*vs.*
HIS CREDIT'RS *ipso jure se entiende ser revocado, quando despues de dado el mandatario se hace de deterior o peor condicion.—Curia Phil. lib. 2. chap. 11, no. 43, Fallidos.*

It is therefore ordered, adjudged and decreed, that the judgment of the district court be affirmed with costs.

*Hoffman* for the plaintiff, *Seghers* for the defendants.